STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. E. H. MILLER TRANSPORTATION COMPANY, DEFENDANT-PETITIONER.

See same case below: 74 *N. J. Super.* 474.

*Messrs. Toolan, Haney & Romond* and *Mr. Joseph L. Tramutola, Jr.,* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Steven S. Radin* for the respondent.

September 17, 1962. Denied.

HELENE HEALY, *ET AL.,* PLAINTIFFS-PETITIONERS, v. BOROUGH OF ROSELLE, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Messrs. Winetsky & Brody* for the petitioners.

*Messrs. Gruen & Goldstein* and *Messrs. Sheldon & Kaufman* for the respondents.

September 17, 1962. Denied.